# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Apple iPhone with purple case and<br>IMEI number 3583660611068469 | )<br>)<br>) Case No. 3:18mj87(WIG)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Connecticut____
*(identify the person or describe the property to be searched and give its location)*:

Apple iPhone with purple case and IMEI number 3583660611068469

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Hon. William I. Garfinkel, U.S. Magistrate Judge____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __11/05/2015 2:30~~0:00 am~~__         /s/ Judge William I. Garfinkel
                                                                                                       *Judge's signature*

City and state:   Bridgeport, CT                                     Hon. William I. Garfinkel, U.S. Magistrate Judge
                                                                                                       *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 11/10/2015 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : TFO Thomas Van Tasel | | |
| Inventory of the property taken and name of any person(s) seized: | | |

All data that was extractable and stored within the cellular device.

FILED
2018 JAN 24 A 11:09
U.S. DISTRICT COURT
NEW HAVEN, CT.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/10/2015

*Executing officer's signature*

TFO Thomas Van Tasel
*Printed name and title*

# ATTACHMENT B

All records on the Target Devices described in Attachment A that relate to violations of Title 21, United States Code, Section 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Narcotics), Title 21, United States Code, Section 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and Title 21, United States Code, Section 843(a)(3) (Conspiracy to Acquire Possession of a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge), Title 18, United States Code, Section 1956 (h) (Conspiracy to Launder Monetary Instruments) and, including:

1. The telephone number, ESN number, serial number, SIM card number or any other unique identifying numbers associated with the Target Devices;

2. The numbers, digits, stored messages (voice and/or text), letters, symbols, data, information, and images stored in the memory of the Target Devices;

3. Descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to, the above-described crimes;

4. Any and all records, however created or stored, which tend to demonstrate ownership and use of the Target Devices, and identification bearing the name or photograph of any person, telephone-books, address books, date books, calendars, personal files, and photographs of persons contained in the Target Devices;

5. Any and all evidence showing or tending to show the identity of the maker or user of the data and information contained in the Target Devices, such as passwords, sign-on codes, and program design; GPS coordinates, waypoints, destinations, addresses, and location search parameters associated with GPS navigation software;

6. Saved searches, locations, and route history in the memory of the Target Devices;

7. Images and videos in the memory of the Target Devices;

8. Evidence of user attribution showing who used or owned the Target Devices at the time the things described in this affidavit were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form. It is specifically authorized that stored electronic information, data, information and images contained in the above-described Target Devices may be reproduced by printing said stored electronic information or otherwise reproducing said stored electronic information, by converting said stored electronic information, or by copying said stored electronic information into storage in another device.